Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–29073–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Jeffrey Williams
 95–97 Grumman Avenue
 Newark, NJ 07112

Social Security No.:
 xxx–xx–1994

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

 NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/3/20.

 Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

 This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 3, 2020
JAN: slm

 Jeanne Naughton
 Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 19-29073-RG
Jeffrey Williams                                                    Chapter 13
           Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 3       Date Rcvd: Aug 03, 2020
                              Form ID: 148               Total Noticed: 86


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2020.
db             +Jeffrey Williams,    95-97 Grumman Avenue,    Newark, NJ 07112-2218
cr             +City of Newark,    Attn. Law Department,    920 Broad Street, Room 316,    Newark, NJ 07102-2609
518501298      +Bank of America,    PO Box 13184,    Wilmington, DE 19850-3184
518798045      +City of Newark,    Department of Water & Sewer Utilities,    C/O Law Department,
                 920 Broad Street, Room 316,    Newark, NJ 07102-2609
518501307      +City of Newark,    Department of Water/Sewer,    920 Broad Street, Room B-31F,
                 Newark, NJ 07102-2663
518501308      +City of Newark,    Tax Collector,    920 Broad Street,    Newark, NJ 07102-2696
518798064      +City of Newark,    Office of Tax Collector,    C/O Law Department,    920 Broad Street, Room 316,
                 Newark, NJ 07102-2609
518501324      +EZ Pass,    P.O. Box 52005,    Newark, NJ 07101-8205
518501327      +EZ Pass,    Violations Processing Center,    P.O. Box 52005,    Newark, NJ 07101-8205
518501325      +EZ Pass,    375 McCarter Highway,    Newark, NJ 07114-2563
518501326      +EZ Pass,    NJ Service Center,    375 McCarter Highway,    Newark, NJ 07114-2563
518501328       EZ Pass,    New York Center,    P.O. Box 149003,    Staten Island, NY 10314-9003
518501329      +EZ Pass,    Att: Allialnce One,    6565 Kimbala Drive - Suite 200,    Gig Harbor, WA 98335-1206
518501330      +EZ Pass,    P.O. Box 1235,    Elmsford, NY 10523-0935
518501320       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
518501321      +Equifax Credit Info. Services,Inc.,    P.O. Box 740241,    Atlanta, GA 30374-0241
518501323      +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
518501322      +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
518501339      +JP Morgan Chase c/o,    Fein, Such, Kahn & Shepard, PC,    7 Century Drive, Suite 201,
                 Parsippany, NJ 07054-4673
518501340      +JPMorgan Chase Bank,    JAF Station,    P.O. Box 2769,    New York, NY 10116-2769
518501342       Liberty Mutual,    1 Liberty Square,    Mishawaka, IN 46544
518501346      +MTA EZ Pass,    P.O. Box 15520,    Wilmington, DE 19850-5520
518501343      +Maryland Safe Zones,    PO Box 17648,    Baltimore, MD 21297-1648
518501347      +NBI EMA,    P.O. Box 417442,    Boston, MA 02241-7442
518501349      +NBI Emergency Medical Assoc.,    P.O. Box 5473,    Parsippany, NJ 07054-6473
518501352      +New Jersey Manufacturer Ins.,    301 Sullivan Way,    Trenton, NJ 08628-3496
518501353      +New Jersey Manufacturers,    c/o Convergent Commerce,    925 Westchester Avenue, Suite 101,
                 West Harrison, NY 10604-3562
518501354      +New York Department of Finance,    1 Centre Street,    22nd Floor,    New York, NY 10007-1632
518501355       New York Department of Finance/Parking,    PO Box 3615,    New York, NY 10007
518501357       New York Department of Motor Vehicles,    1 Keycorp Plaza,    Albany, NY 12207
518501356      +New York Department of Motor Vehicles,    PO Box 2950,    Albany, NY 12220-0950
518501359       Newark Beth Israel,    P.O. Box 18430,    Newark, NJ 07191-8430
518501367      +PRO CAP III LLC, by custodian US Bank,    c/o Gary Zeitz, LLC,    1101 Laurel Oak Road,
                 Suite 170,    Voorhees, NJ 08043-4381
518501368       PSE & G,    Credit & Collections,    24 Brown Avenue,    New Brunswick, NJ 08906
518501369       PSE & G,    PO Box 14444,    New Brunswick, NJ 08906-4444
518605543       PSE&G,    Attn: Bankruptcy Dept.,    PO Box 709,    Newark NJ 07101-0709
518501363       Pennsylvania Turnpike Authority,    P.O. Box 67676,    Harrisburg, PA 17106-7676
518501364       Port Authority of NY & NJ,    EZ Pass Customer Serv. Center,    P.O. Box 149003,
                 Staten Island, NY 10314
518501365      +Port Authority of NY & NJ,    c/o Allied Interstate,    P.O. Box 4000,    Warrenton, VA 20188-4000
518501366       Port Authority of NY/NJ - EZ Pass,    Att: Allied Interstate,    Columbus, OH 43236
518623889      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,    Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695-0245)
518501370      +Santander Bank,    P.O. Box 16255,    Reading, PA 19612-6255
518501372      +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
                 Trenton, NJ 08602-0269
518501374       State of New Jersey,    Motor Vehicle Violaations Surcharge,    P.O. Box 4850,
                 Trenton, NJ 08650-4850
518501373       State of New Jersey,    Motor Vehicle Violations Surcharge,    P.O. Box 4850,
                 Trenton, NJ 08650-4850
518501376      +State of New Jersey,    Surcharge Violation,    P.O. Box 4850,    Trenton, NJ 08650-4850
518501377      +State of New Jersey,    c/o Office of the Attorney General,    Hughes Justice Complex,
                 25 West Market Street CN-080,    Trenton, NJ 08611-2148
518501375      +State of New Jersey,    Department of Law,    25 Market Street,    P.O. Box 119,
                 Trenton, NJ 08625-0119
518501378      +State of New Jersey c/o,    Office of the Attorney General,    PO Box 080,
                 Trenton, NJ 08625-0080
518501379       TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
518501380      +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19016-1000
518501381       Violations Processing Center,    PO Box 15186,    Albany, NY 12212-5186
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg                E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2020 00:29:03      U.S. Attorney,    970 Broad St.,
                    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg               +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2020 00:29:00      United States Trustee,
                    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                    Newark, NJ 07102-5235
518501299          EDI: BANKAMER2.COM Aug 04 2020 03:38:00      Bank of America,    PO Box 15184,
                    Wilmington, DE 19850-5184
518501306         +EDI: CITICORP.COM Aug 04 2020 03:38:00      Citibank/The Home Depot,    Po Box 6497,
                    Sioux Falls, SD 57117-6497
518501305         +EDI: CITICORP.COM Aug 04 2020 03:38:00      Citibank/The Home Depot,
                    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518501311         +EDI: CONVERGENT.COM Aug 04 2020 03:38:00      Convergent Outsourcing, Inc.,    800 Sw 39th St,
                    Renton, WA 98057-4927
518501309         +EDI: CONVERGENT.COM Aug 04 2020 03:38:00      Convergent Outsourcing, Inc.,    Attn: Bankruptcy,
                    Po Box 9004,    Renton, WA 98057-9004
518501314         +EDI: CRFRSTNA.COM Aug 04 2020 03:38:00      Credit First National Assoc,    6275 Eastland Rd,
                    Brookpark, OH 44142-1399
518501313         +EDI: CRFRSTNA.COM Aug 04 2020 03:38:00      Credit First National Assoc,
                    Attn: BK Credit Operations,    Po Box 81315,    Cleveland, OH 44181-0315
518501316          EDI: DIRECTV.COM Aug 04 2020 03:38:00      Direct TV,    P.O. Box 78626,    Phoenix, AZ 85062
518501317          EDI: DIRECTV.COM Aug 04 2020 03:38:00      Direct TV,    P.O. Box 9001069,
                    Louisville, KY 40290-1069
518501315          EDI: DIRECTV.COM Aug 04 2020 03:38:00      Direct TV,    PO Box 11732,    Newark, NJ 07101-4732
518501319          EDI: DISCOVER.COM Aug 04 2020 03:38:00      Discover Financial,    Po Box 15316,
                    Wilmington, DE 19850
518501318         +EDI: DISCOVER.COM Aug 04 2020 03:38:00      Discover Financial,    Po Box 3025,
                    New Albany, OH 43054-3025
518501331         +EDI: RMCB.COM Aug 04 2020 03:38:00      EZ Pass,   c/o RMCB,    P.O. Box 1235,
                    Elmsford, NY 10523-0935
518501334         +E-mail/Text: CollectionsDept@figfcu.org Aug 04 2020 00:27:33      Farmers Insurance Group,
                    4680 Wilshire Blvd.,    Los Angeles, CA 90010-3807
518501332         +EDI: CCS.COM Aug 04 2020 03:38:00      Farmers Insurance Group,    Payment Processing Center,
                    P.O. Box 55126,    Boston, MA 02205-5126
518501333         +EDI: CCS.COM Aug 04 2020 03:38:00      Farmers Insurance Group,    c/o Credit Collection Services,
                    725 Canton Street,    Norwood, MA 02062-2679
518501335          EDI: IRS.COM Aug 04 2020 03:38:00      Internal Revenue Service,    P.O. Box 21126,
                    Philadelphia, PA 19114-0326
518501303          EDI: JPMORGANCHASE Aug 04 2020 03:38:00      Chase Mortgage,    Mail Code: OH4-7302,
                    Po Box 24696,    Columbus, OH 43224
518501304          EDI: JPMORGANCHASE Aug 04 2020 03:38:00      Chase Mortgage,    Po Box 24696,
                    Columbus, OH 43224
518501338          EDI: JPMORGANCHASE Aug 04 2020 03:38:00      JP Morgan Chase,    Legal Department,
                    900 US Highway 9 North,    Suite 600,    Woodbridge, NJ 07095-1003
518501337          EDI: JPMORGANCHASE Aug 04 2020 03:38:00      JP Morgan Chase,    PO Box 260180,
                    Baton Rouge, LA 70826
518623894          EDI: JPMORGANCHASE Aug 04 2020 03:38:00      JPMORGAN CHASE BANK, N.A.,
                    Chase Records Center, Att: Correspondenc,    MAIL CODE LA4-5555,    700 KANSAS LANE,
                    MONROE LA 71203
518501301          EDI: JPMORGANCHASE Aug 04 2020 03:38:00      Chase Card Services,    Correspondence Dept,
                    Po Box 15298,    Wilmington, DE 19850
518501302          EDI: JPMORGANCHASE Aug 04 2020 03:38:00      Chase Card Services,    Po Box 15298,
                    Wilmington, DE 19850
518501341          EDI: CCS.COM Aug 04 2020 03:38:00      Liberty Mutual,    PO Box 55126,    Boston, MA 02205-5126
518501345         +E-mail/Text: bankruptcydepartment@tsico.com Aug 04 2020 00:29:37      MTA Bridges & Tunnels,
                    c/o NCO Financial Systems,    P.O. Box 15618,    Wilmington, DE 19850-5618
518501344         +E-mail/Text: bankruptcydepartment@tsico.com Aug 04 2020 00:29:37      MTA Bridges & Tunnels,
                    c/o Transworld Systems, Inc.,    P.O. Box 15618,    Wilmington, DE 19850-5618
518501351         +EDI: RMCB.COM Aug 04 2020 03:38:00      New Jersey EZ Pass,    c/o RMCB,
                    4 Westchester Plaza, Ste. 110,    Elmsford, NY 10523-1615
518501360         +E-mail/Text: ebn@rwjbh.org Aug 04 2020 00:29:25      Newark Beth Israel,    Medical Center,
                    201 Lyons Avenue,    Newark, NJ 07112-2027
518501358          E-mail/Text: ebn@rwjbh.org Aug 04 2020 00:29:25      Newark Beth Israel,    PO Box 29951,
                    New York, NY 10087-9951
518501371          EDI: DRIV.COM Aug 04 2020 03:38:00      Santander Consoumer USA Inc.,
                    Attention: Bankruptcy Department,    P.O. Box 560284,    Dallas, TX 75356-0284
518602166         +EDI: AIS.COM Aug 04 2020 03:38:00      Verizon,    by American InfoSource as agent,
                    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 34
```

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-2           User: admin                Page 3 of 3              Date Rcvd: Aug 03, 2020
                               Form ID: 148               Total Noticed: 86
```

```
518501300*       Bank of America,    PO Box 15184,    Wilmington, DE 19850-5184
518501312*      +Convergent Outsourcing, Inc.,    800 Sw 39th St,    Renton, WA 98057-4927
518501310*      +Convergent Outsourcing, Inc.,    Attn: Bankruptcy,    Po Box 9004,    Renton, WA 98057-9004
518501336*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    P.O. Box 21126,
                 Philadelphia, PA 19114-0326)
518501348*      +NBI EMA,    P.O. Box 417442,    Boston, MA 02241-7442
518501350*      +NBI Emergency Medical Assoc.,    P.O. Box 5473,    Parsippany, NJ 07054-6473
518501361*      +Newark Beth Israel,    Medical Center,    201 Lyons Avenue,    Newark, NJ 07112-2027
518501362*      +Newark Beth Israel Medical Center,    201 Lyons Avenue,    Newark, NJ 07112-2094
                                                                                           TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2020 at the address(es) listed below:
```
              David G. Beslow    on behalf of Debtor Jeffrey   Williams yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Guenther   Waldow, Jr.    on behalf of Creditor    City of Newark waldowg@ci.newark.nj.us
              Jill   Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Mark   Goldman    on behalf of Debtor Jeffrey   Williams yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```